UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
| --- | --- |
| FABIAN VASQUEZ, et al., Plaintiff(s), - against - NY RIVERSIDE GOURMET DELI INC. and MOSA NAGI, Defendants. | 26-CV-5015 (DEH) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

According to the docket, Defendant NY Riverside Gourmet Deli Inc. was served on June 17, 2026, and an answer or other response was due July 8, 2026. (Dkt. 6.) Defendant Nagi was served on June 24, 2026, and an answer or other response was due July 15, 2026. (Dkt. 7.) No response from either defendant has been filed.

Accordingly, by **September 10, 2026**, Plaintiff shall file a status report addressing, among other things, any efforts to establish contact with Defendants or their attorneys (if known), and Plaintiff's plans with respect to applying for default and moving for default judgment.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2026
New York, New York

Copies transmitted this date to all parties of record.