UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| FABIAN VASQUEZ, et al.,<br><br>Plaintiff(s),<br><br>- against -<br><br>NY RIVERSIDE GOURMET DELI INC. and MOSA NAGI,<br><br>Defendants. | 26-CV-5015 (DEH) (RWL)<br><br>**ORDER** |

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

According to the docket, Defendant NY Riverside Gourmet Deli Inc. was served on June 17, 2026. (Dkt. 6.) An answer or other response was due by July 8, 2026. Defendant Nagi was served on June 24, 2026, and an answer or other response was due July 15, 2026. (Dkt. 7.) No response from either defendant has been filed.

At the Court's direction, Plaintiff filed a status report on September 10, 2026, reporting that discussions were being had to resolve the matter. (Dkts. 8, 9.) The Court ordered that, by October 10, 2026, either: Defendants appear (the corporate defendant through counsel) and respond to the Complaint; Plaintiff file for certificates of default and, if issued, move for default; or the parties file a stipulation of dismissal. (Dkt. 10.) No such action has been taken.

Accordingly, by **October 20, 2026**, Plaintiff shall file a status report. Plaintiff is further directed to serve this Order on Defendants and file proof of same by **October 15, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all counsel of record.